**FRANCISCO VASQUEZ, Petitioner**

v.

**ALPHONSO A. CHRISTIAN, Commissioner of Department of Public Safety, Respondent**

Civil No. 74-318

District Court of the Virgin Islands

Div. of St. Croix

May 9, 1974

BRYANT, COSTELLO & BURKE, ESQS., Christiansted, St. Croix, V.I., *for plaintiff*

VERNE E. HODGE, Attorney General, St. Thomas, V.I., *for defendant*

YOUNG, *District Judge*

MEMORANDUM OPINION AND ORDER DENYING
WRIT OF REVIEW

This is a petition filed pursuant to 5 V.I.C. App. V. R. 11 and 5 V.I.C. § 1421 et seq. to review an Opinion and Order of the Government Employees' Service Commission. I believe that the petition for review is frivolous. Hence, the writ of review will not be issued.

Petitioner contends violations of due process in that he did not receive a full hearing before the Commissioner. No statute requires any such hearing. Petitioner received a *full* hearing before the GESC and was not "deprived" of any rights until *after* this hearing. Therefore, this contention is legally nonmeritorious.

Petitioner further contends that the GESC order is "contrary to the weight of the evidence." However, 5 V.I.C. § 1422 provides that the writ will issue only where an administrative body "appears to have exercised [its] functions erroneously, or to have exceeded its jurisdiction." I believe that the proper scope of review, particularly in cases involving short suspensions, and where we have a speedy, well-reasoned GESC decision, should be only for arbitrariness or *particular* procedural or legal errors. Petitioner points to none, but rather asks us to get into the business of redetermining facts. Such a review would be a

waste of time and it certainly is not required by statute or due process in this kind of case.

ORDER

In conformance with the above Memorandum Opinion, it is hereby

ORDERED, that the petition for the writ of review should be and is DENIED.